**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MARVIN MARITSCH, et al.,

Plaintiffs,

v.

A.B. DICK COMPANY, et al.,

Defendants.

Civil No. 00-2056 (JRT/SRN)

**ORDER OF DISMISSAL**

---

John P. Clifford, MESHBESHER & SPENCE, 8360 City Center Drive, Suite 100, Woodbury, MN 55125, for plaintiffs.

David A. Engen, BLACKWELL IGBANUGO ENGEN & SAFFOLD, 3601 76TH Street West, Suite 250, Minneapolis, MN 55435, for defendants.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Dec. 24, 2002
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

DEC 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK